# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ALEXANDER CORDERO,         )
                             )
      Plaintiff,              )
                             )        CIVIL ACTION
v.                               )
                             )        FILE No. 1:24-cv-02938-TWT
AL-MADINAH PETROLEUM, INC.,)
                             )
      Defendant.          )

## ORDER

Plaintiff having announced to the Court that the parties in the above civil action have reached a settlement, the Court directs the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall execute settlement documents and file for dismissal consistent with the Notice of Settlement [Doc. 10].

**SO ORDERED**, this __4th__ day of __October_____, 2024.

_____
Hon. Thomas W. Thrash, Jr.
Senior United States District Judge